

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-93,354-06

### IN RE STATE OF TEXAS EX REL. BRENT SMITH, Relator

### ON PETITION FOR A WRIT OF MANDAMUS
### IN CAUSE NOS. 13760CR; 13761CR; 13762CR; 13763CR; & 13784CR
### IN THE COUNTY COURT FROM KINNEY COUNTY

*Per curiam.*

### OPINION

Relator filed a motion for leave to file and a petition for a writ of mandamus, invoking our constitutional and statutory authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5; TEX. CODE. CRIM. PROC. art. 4.04. The petition requests that we issue a writ of mandamus for the judge to withdraw his order for the prosecution to "take all possible steps to request that federal immigration officials do not deport" defendants prior to trial, which was placed on the conditions of Applicant's bond.

On April 12, 2023, this Court held this application in abeyance and ordered the Honorable

Dennis R. Powell to respond. Judge Powell stated that the order to the State that is the issue in this case was placed on the bond conditions to try to ensure the defendants' attendance at trial. The State argued that the trial judge had no right to impose such a condition on them. We agree with the State.

We conditionally grant mandamus relief and direct the Respondent to vacate his condition of bond which states that the State is to take all possible steps to request that federal authorities assist in securing the defendants' ability to attend their trials. The writ of mandamus will issue only in the event the Respondent fails to comply within thirty days of the date of this opinion.

Filed: December 13, 2023
Do not publish